Opinion issued August 23, 2007

 













In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00673-CV






IN RE BNSF RAILWAY COMPANY, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 On August 10, 2007, by petition for writ of mandamus, relator, BNSF Railway
Company, challenged the trial court's (1) July 5, 2007 order compelling responses to
plaintiff's second motion for production and the trial court's August 3, 2007 order
that relator comply with the court's prior order no later than August 10, 2007. Relator
also moved for a stay of the underlying proceedings.

 We deny the motion for emergency temporary relief.

 We deny the petition for writ of mandamus.

 PER CURIAM



Panel consists of Chief Justice Radack and Justices Taft and Keyes.

 

1. 
 -